UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Darren Starr

    v.                        Civil No. 07-cv-311-SM

Northern NH Correctional
Facility, Warden, et al.


**ORDER GRANTING REQUEST TO**
**PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 2, 2007

cc: Darren Starr, pro se